United States Bankruptcy Court
Eastern District of Pennsylvania

Greaves,
    Plaintiff

Adv. Proc. No. 18-00217-jkf

WELLS FARGO BANK, N.A,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: John   Page 1 of 1   Date Rcvd: Nov 08, 2018
                Form ID: pdf900   Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.
```
ust            +BRENDA D. GISH,    Office of United States Trustee - U.S. D,    Federal Building,
                 228 Walnut Street, 11th Floor,    Harrisburg, PA 17101-1714
pla            +Richard B. Greaves,    100 E. Glenolden Avenue, Unit U-10,    Glenolden, PA 19036-2242
dft            +WELLS FARGO BANK, N.A,    Specialized Loan Servicing, LLC,    8742 Lucent Blvd.,
                 Highlands Ranch, CO 80129-2302
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 09 2018 02:47:21     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 09 2018 02:46:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 09 2018 02:47:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Nov 09 2018 02:47:01     Frederic J. Baker,
                 Office of United States Trustee,    833 Chestnut Street,    Suite 500,
                 Philadelphia, PA 19107-4405
ust            +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Nov 09 2018 02:47:01     SHAKIMA L. DORTCH,
                 U.S. Dept. of Justice - U.S. Trustee,    844 N. King Street,    Suite 2207,
                 Wilmington, DE 19801-3519
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Nov 09 2018 02:47:01     United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Nov 09 2018 02:47:01     United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
                                                                                               TOTAL: 7
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2018 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Defendant    WELLS FARGO BANK, N.A bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Defendant    WELLS FARGO BANK, N.A bkgroup@kmllawgroup.com
              ZACHARY  PERLICK    on behalf of Plaintiff Richard B. Greaves Perlick@verizon.net,
               pireland1@verizon.net
                                                                                               TOTAL: 3
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: RICHARD GREAVES | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | Bankruptcy No. 18-14407 |
| | : | |
| RICHARD GREAVES | : | |
| 100 E. Glenolden Ave. Unit U-10 | : | |
| Glenolden, PA 19036 | : | |
| PLAINTIFF | : | |
| v. | : | ADVERSARY NO. 18-217 |
| Wells Fargo Bank, N.A. as Trustee | : | |
| Specialized Loan Servicing, LLC | : | |
| 8742 Lucent Blvd. | : | |
| Highlands Ranch, CO 80129 | : | |
| DEFENDANT | : | |

**STIPULATION IN SETTLEMENT OF DEBTOR'S COMPLAINT TO DETERMINE VALIDITY, PRIORITY AND EXTENT OF LIEN AND SECURED PURSUANT TO 11 U.S.C. 506 AND IN RE: MCDONALD**

It is hereby stipulated by and among Kevin G. McDonald, Esquire, counsel for Wells Fargo Bank, and Zachary Perlick, Esquire counsel for debtor, Richard Greaves, as follows:

1. Wells Fargo Bank, N.A., as Trustee for First Franklin Mortgage Loan Trust 2006-FFA, filed a secured Proof of Claim dated July 6, 2018 in the amount of $7,606.84.

2. The Debtor filed a Complaint to Determine Validity, Priority and Extent of Lien and Secured Status Pursuant to 11 U.S.C. 506 and In Re: McDonald on September 19, 2018.

3. Wells Fargo Bank, N.A., as Trustee for First Franklin Mortgage Loan Trust 2006-FFA will amend its Proof of Claim to list the debt as unsecured debt.

4. Upon discharge, Wells Fargo Bank, N.A., as Trustee for First Franklin Mortgage Loan Trust 2006-FFA shall mark the mortgage satisfied.

5. If the Chapter 13 Case is dismissed then this agreement is void and the mortgage will remain until paid in full.

6. If the Debtor refinances or sells the property located at 100 E. Glenolden Avenue, U-10, Glenolden, PA 19036 prior to receiving his discharge order, then Wells Fargo Bank, N.A., as Trustee for First Franklin Mortgage Loan Trust 2006-FFA will be paid in full at closing unless a lesser amount is agreed upon by the parties.

7. Wells Fargo Bank, N.A., as Trustee for First Franklin Mortgage Loan Trust 2006-FFA shall retain its lien on any surplus proceeds from a foreclosure sale by the senior lien holder prior to the debtor's completion of their Chapter 13 Plan and entry of her Chapter 13 discharge.

8. Each party shall bear their own attorney's fees and costs in the adversary proceeding.

Date: October 17, 2018


/s/ Kevin G. McDonald, Esquire
Kevin G. McDonald, Esquire
Counsel for Wells Fargo Bank, N.A., as Trustee for First Franklin Mortgage Loan Trust 2006-FFA


Zachary Perlick, Esquire
Attorney for the Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: RICHARD GREAVES : CHAPTER 13
:
    DEBTOR : Bankruptcy No. 18-14407
:
RICHARD GREAVES :
100 E. Glenolden Ave. Unit U-10 :
Glenolden, PA 19036 :
    PLAINTIFF :
        vi. : ADVERSARY NO. 18-217
Wells Fargo Bank, N.A. as Trustee :
Specialized Loan Servicing, LLC :
8742 Lucent Blvd. :
Highlands Ranch, CO 80129 :
    DEFENDANT :

## ORDER

AND NOW, this day of November 8, 2018 it is hereby ORDERED that the foregoing Stipulation is hereby approved. xxxxxxxxxxxxxxxxxxxxxxxxxxxxx ORDER of this court xxxxxxxxxxxxxxxxxxxxxxxxxxx

BY THE COURT:

_____
THE HONORABLE JEAN K. FITZSIMON

SERVICE LIST:

RICHARD GREAVES
100 E. Glenolden Avenue, Unit U-10
Glenolden, PA 19036

Attorney for defendant:
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Zachary Perlick, Esquire
1420 Walnut Street
Suite 718
Philadelphia, PA 19102